IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Melvin David Moore, | ) | |
| | ) | C/A No. 3:13-2140-JFA |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| Officer F. Bullentine; Officer L.H. Dooley; Cayce Department of Public Safety, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, while a pretrial detainee at the Lexington County Detention Center, filed a *pro se* complaint alleging constitutional violations under 42 U.S.C. § 1983. By order issued on August 15, 2013, the court allowed Plaintiff an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process (ECF No. 6). Plaintiff did not receive the order because it was returned to the court as undeliverable mail and stamped "not deliverable as addressed, unable to forward." (ECF No. 8). The cover letter attached to Plaintiff's complaint indicated that he intended to return to "30 Pine Creek Ct., Greenville, S.C." upon release from detention. (ECF No. 1-1). Therefore, the Clerk of Court re-mailed the order to Plaintiff's alternate address on August 26, 2013. ( ECF No. 9). Plaintiff failed to respond to the order, and the time for response has lapsed. The record indicates no attempt by Plaintiff to contact the court since filing the complaint. Therefore, the case is dismissed, *without prejudice*, for lack of prosecution pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

September 23, 2013                         Joseph F. Anderson, Jr.
Columbia, South Carolina                  United States District Judge